**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                               CASE NO.  3:09cr91-01/LAC

PEDRO BENEVIDES

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___September 17, 2009___
Motion/Pleadings: __MOTION TO UNSEAL INDICTMENT__
Filed by _UNITED STATES_ on __9/17/2009__ Doc.# __9__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

        WILLIAM M. McCOOL, CLERK OF COURT

_s/Jerry Marbut_

_____
LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of September, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

_____

_____

                      _s/L.A. Collier_

                      *LACEY A. COLLIER*
           *Senior United States District Judge*