IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:09cr91-LAC

PEDRO BENEVIDES

### ORDER STAYING RELEASE ORDER

THIS CAUSE COMES before the Court upon the Government's motion for stay of an order of release entered by the United States District Judge Lacey A. Collier of the Northern District of Florida, Case 3:09cr91-LAC, on **PEDRO BENEVIDES**. Having considered the same, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the order setting conditions of release of the defendant **PEDRO BENEVIDES** is hereby STAYED. The defendant shall remain in the custody of the United States Marshals Service pending his return to the Northern District of Florida and resolution of the issue of pretrial detention by this Court.

DONE and ORDERED on this 29th day of September, 2009.

LACEY COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

OFFICE OF THE
U.S. DISTRICT
NORTHERN
FL

09 SEP 29 PM 2: 24

RECEIVED