# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS             CASE NO. 3:09cr91 LAC

PEDRO BENEVIDES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ November 12, 2009 _____
Motion/Pleadings: MOTION REQUESTING AN ORDER SEALING GOVERNMENT'S IN CAMERA NOTICE TO THE COURT
Filed by GOVT on 11/9/09 Doc.# 36

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of November, 2009, that:*
*(a) The relief requested is* **GRANTED.**
*(b)* _____

s/*L.A. Collier*
*LACEY A. COLLIER*
*Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.