# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:09cr91 LAC

PEDRO BENEVIDES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 2, 2009
Motion/Pleadings:  MOTION FOR PERMISSION TO FILE REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE'S ORDER OF RELEASE PENDING TRIAL
Filed by GOVERNMENT   on 10/31/09   Doc.# 25

RESPONSES:
 IN OPPOSITION BY DEFENDANT   on 11/9/09   Doc.# 38
   on   Doc.#

___ Stipulated  ___ Joint Pldg.
___ Unopposed  ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of December, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of proceedings held 1 December 2009.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.