IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 3:09cr91/LAC

PEDRO BENEVIDES

_____/

## ORDER GRANTING ISSUANCE OF RULE 17(C) SUBPOENAS

This Court, having considered Defendant's Unopposed Motion for Authorization to Issue Subpoenas *Duces Tecum* for Pretrial Production of Documents Pursuant to *Fed. R. Crim. P.* 17(c), and the United States having no objection to the production of the items described in Defendant's application, it is therefore:

ORDERED, that the originals or true copies of the documents, records and recordings described in subpoenas issued pursuant to this Order and the Defendant's Unopposed Motion for Authorization to Issue Subpoenas *Duces Tecum* for Pretrial Production of Documents Pursuant to *Fed. R. Crim. P.* 17(c), shall be delivered to the offices of Cohen, Foster & Romine, P.A., 201 E. Kennedy Boulevard, Suite 1000, Tampa, Florida 33602, attorneys for Defendant, Pedro Benevides, no later than 21 days from the date of service of the subpoena. A copy of this Order and the Defendant's Unopposed Motion shall be attached to any subpoena issued.

IT IS FURTHER ORDERED, that attorneys for Defendant shall promptly make, or cause to be made true and correct copies of any and all documents and recordings produced pursuant to Rule 17(c) subpoenas and transmit such copies to AUSA Thomas Swaim, at the United States Attorney's Office for the Northern District of Florida within two (2) business days.

ORDERED this 16th day of December, 2009.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge